UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL
ADVOCATES,

          Plaintiffs,

    v.

MARY RIVELAND, et al.

          Defendants.

NO. C96-1297P

ORDER OF DISMISSAL

Local Civil Rule 41(b) provides:

> Any case that has been pending in this court for more than one year without any proceeding of record having been taken may be dismissed by the court on its own motion for lack of prosecution. The plaintiff in any such action will be given an opportunity to show cause in writing, or at the court's election in open court, why the case should not be dismissed. A dismissal under this paragraph will operate as an adjudication on the merits. . .

No filings have been made in this case since August 16, 2000. (Dkt. No. 114). The Court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute no later than July 8, 2005. (Dkt. No. 115). The Court has not received any response. Accordingly, the case is DISMISSED with prejudice.

The clerk is directed to send copies of this order to all counsel of record.

Dated: July 11th , 2005.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1